Cassie SHUPE, Appellant,

v.

TREASURER OF MISSOURI AS CUS-
TODIAN OF SECOND INJURY
FUND, Respondent.

No. ED 100676.

Missouri Court of Appeals,
Eastern District,
Division Five.

July 15, 2014.

Ellen E. Morgan, Ballwin, MO, for ap-
pellant.

Chris Koster, E. Joye Hudson, St.
Louis, MO, for respondent.

Before: ROBERT M. CLAYTON III,
P.J., GARY M. GAERTNER, JR., J., and
NANCY M. WATKINS, S.J.

## *ORDER*

PER CURIAM.

Cassie Shupe appeals from a decision by
the Labor and Industrial Relations Com-
mission denying her compensation from
the Second Injury Fund. An extended
opinion would have no precedential value.
The parties have been provided with a
memorandum for their information only,
setting forth the reasons for this order.
The decision is affirmed.   Rule 84.16(b).